Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−15505−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alvaro Agudelo
    184 Vreeland Avenue
    Bergenfield, NJ 07621

Social Security No.:
    xxx−xx−4558

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Jeffrey A. Lester, Interim Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 6/26/18
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: June 1, 2018
JAN:

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-15505-JKS
Alvaro Agudelo                                                      Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 2           Date Rcvd: Jun 01, 2018
                             Form ID: 170           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db            +Alvaro Agudelo,   184 Vreeland Avenue,   Bergenfield, NJ 07621-1933
517400039     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517400042     +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517400041     +Chase Card Services,   Attn: Correspondence,   Po Box 15278,   Wilmington, DE 19850-5278
517400043     +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
               Saint Louis, MO 63179-0040
517400046     +Paragon Fed Credit Uni,   100 Paragon Dr,   Montvale, NJ 07645-1780
517400047     +Phelan Hallinan Diamond and Jones,   400 Fellowship Road,   Mount Laurel, NJ 08054-3437
517400054     +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2018 00:26:41     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2018 00:26:38     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:35
               Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517400037     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 00:31:51     Capital One,
               Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517400038     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 00:30:54     Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517400044     +E-mail/Text: mrdiscen@discover.com Jun 02 2018 00:25:41     Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
517400048     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:14     Syncb/car Care Pep B,
               Po Box 96060,   Orlando, FL 32896-0001
517400049     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:30:48     Syncb/care Credit,
               C/o Po Box 965036,   Orlando, FL 32896-0001
517401854     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:14     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517400050     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:45     Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517400051     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:14     Synchrony Bank/ Old Navy,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517400052     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:07     Synchrony Bank/Lowes,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517400053     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 00:31:14     Synchrony Bank/PC Richard,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                      TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517400045      JP Morgan Chase
517400034*    +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
517400035*    +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
517400036*    +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
517400040*    +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517400033     ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                       TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                        Signature:  /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 01, 2018
                             Form ID: 170              Total Noticed: 21

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
      Aileen  Perez    on behalf of Debtor Alvaro  Agudelo aperezesq@yahoo.com,  aperezesq@yahoo.com
      Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
      Jeffrey  Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders,
      of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates,
      Series 2006-WMC4 rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                       TOTAL: 5