UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Alvaro Agudelo

Case No.: 18-15505 JKS  
Chapter: 7  
Judge: John K. Sherwood

**NOTICE OF PROPOSED ABANDONMENT**

___Jeffrey A. Lester___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Bankruptcy Court |
|---|---|
| | 50 Walnut Street, 3rd Floor |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable ___John K. Sherwood___ on ___July 31, 2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3D___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 184 Vreeland Ave., Bergenfield, NJ    Value about $550,000

Liens on property: JPMorgan Chase    Balance about $829,900

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name:  Jeffrey A. Lester, Trustee  
Address:  374 Main Street, Hackensack, NJ 07601  
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-15505-JKS
Alvaro Agudelo                                                      Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 2         Date Rcvd: Jun 19, 2018
                            Form ID: pdf905       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
```
db           +Alvaro Agudelo,    184 Vreeland Avenue,    Bergenfield, NJ 07621-1933
517400039    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517400042    +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517400041    +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
517400043    +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
               Saint Louis, MO 63179-0040
517400046    +Paragon Fed Credit Uni,    100 Paragon Dr,    Montvale, NJ 07645-1780
517400047    +Phelan Hallinan Diamond and Jones,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517400054    +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2018 23:56:03    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2018 23:56:00    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:07:20
               Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517400037    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 00:07:26     Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517400038    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 00:07:26     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517400044    +E-mail/Text: mrdiscen@discover.com Jun 19 2018 23:55:05    Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
517400048    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:07     Syncb/car Care Pep B,
               Po Box 96060,    Orlando, FL 32896-0001
517400049    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:07:19     Syncb/care Credit,
               C/o Po Box 965036,    Orlando, FL 32896-0001
517401854    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:58     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517400050    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:07     Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517400051    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:07:19     Synchrony Bank/ Old Navy,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517400052    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:07     Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517400053    +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:08     Synchrony Bank/PC Richard,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517400045      JP Morgan Chase
517400034*    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517400035*    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517400036*    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517400040*    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517400033    ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                  TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2018
                              Form ID: pdf905          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              Aileen   Perez    on behalf of Debtor Alvaro   Agudelo aperezesq@yahoo.com,  aperezesq@yahoo.com
              Jeffrey   Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com,  NJ19@ecfcbis.com
              Jeffrey   Lester     jlester@bllaw.com,  NJ19@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders,
               of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates,
               Series 2006-WMC4 rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```